**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LARRY JAMES MOSLEY, | Case No. 2:14-cv-01386-JCM-PAL |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| v. | Dated: July 2, 2015 |
| SELECT PORTFOLIO SERVICING, INC., | |
| Defendant. | |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin            **RECORDER/TAPE #**:  None

**COUNSEL FOR PLAINTIFF(S):** Kevin Hernandez

**COUNSEL FOR DEFENDANT(S):** Christopher Swift

**PROCEEDING:**  Phone Conference re: Stipulation for Settlement Conference (Dkt. #42)

A conference call was conducted commencing at 11:15 a.m., regarding the parties' Stipulation for Settlement Conference (Dkt. #42).  The court inquired as to whether both sides felt that they needed and were ready for a settlement conference at this point in the case.  Upon hearing from counsel the court will grant the parties' request.

The settlement conference concluded at 11:18 a.m.

**IT IS ORDERED** that the Stipulation for Settlement Conference (Dkt. #42) is **GRANTED**, and shall be set for September 25, 2015, at 9:30 a.m.  A separate order will issue regarding the specifics of the settlement conference.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE