UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LARRY JAMES MOSLEY,<br><br>                       Plaintiff,<br>v.<br>SELECT PORTFOLIO SERVICING, INC.,<br>                       Defendant. | Case No. 2:14-cv-01386-JCM-PAL<br><br>ORDER |

       This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #31) filed January 16, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 17, 2015. There are no dispositive motions pending. However, the parties requested and received a settlement conference which is set for September 25, 2015, the earliest date available on the court's calendar

      . Accordingly, the court will give the parties 30 days from the settlement conference to file the joint pretrial order if the case is no settled.

      **IT IS ORDERED** that:

      1.    If the parties do not settle all claims and defenses at the settlement conference, counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 26, 2015**.

      2.    Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

/ / /

/ / /

/ / /

1

3. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 25th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE