UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LARRY JAMES MOSLEY,<br><br>    Plaintiff,<br>v.<br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendant. | Case No. 2:14-cv-01386-JCM-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a stipulation to dismiss.

On September 18, 2015, the parties filed a stipulation to vacate the September 25, 2015 settlement conference because the parties had reached an agreement to settle this case. The parties advised that a stipulation to dismiss would be filed no later than thirty days. Accordingly, the court entered an Order (Dkt. #51) vacating the settlement conference and giving the parties until October 21, 2015, to file a stipulation to dismiss. To date, the parties have not filed a stipulation to dismiss. Accordingly,

**IT IS ORDERED:**

1. The parties shall have until **November 28, 2015**, to file a stipulation to dismiss if the case has been settled.
2. If the parties have not settled they shall have until **November 28, 2015** to file a joint pretrial order which fully complies with LR 16-3 and 16-4.

/ / /

/ / /

/ / /

/ / /

1

**3.** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

DATED this 12th day of November, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE